STATE OF CONNECTICUT *v.* JOHN LONERGAN

The plaintiff's petition for certification for appeal from the Appellate Court, 16 Conn. App. 358, is granted, limited to the following issue:

"Does the double jeopardy clause bar a prosecution on a charge of operating a motor vehicle while under the influence of intoxicating liquor after acquittal of a charge of manslaughter in the second degree with a motor vehicle arising out of the same incident?"

*Geoffrey E. Marion,* deputy assistant state's attorney, in support of the petition.

*James A. Wade* and *Sally S. King,* in opposition.

Decided February 22, 1989

O & P REALTY *v.* LUCY SANTANA

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 314, is denied.

*David A. Pels,* in support of the petition.

*Marshall D. Glazer,* in opposition.

Decided February 22, 1989

STATE OF CONNECTICUT *v.* LOUIS C. FIOCCHI, JR.

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 326, is denied.

*A. Paul Spinella,* in support of the petition.

*Vincent J. Dooley,* deputy assistant state's attorney, in opposition.

Decided February 22, 1989